Rescript Opinions.

GEORGE V. CREAM, JR. vs. DIRECTOR OF THE DIVISION OF EMPLOYMENT
SECURITY & another.  April 29, 1966.  The petitioner appeals under G. L.
c. 151A, § 42, from the allowance by a judge of a District Court of the
respondent director's motion to dismiss the petition for review because the
issue was moot.  There is a report thereon to this court which contains all
material evidence.  In one benefit year (see G. L. c. 151A, § 1 [c]), the
petitioner made claims for two distinct periods of unemployment.  In the
affidavit on the motion to dismiss it is alleged, and the petitioner does not
deny, that as a result of the second such claim within the benefit year the
petitioner received all the benefits which could have been paid to him in
that year.  See G. L. c. 151A, §§ 29 and 30.  It thus would have been
useless for the judge of the District Court to proceed to a decision on the
merits of the petitioner's claim to benefits for the first period of unem-
ployment which had been dismissed by the board of review.  That the
case had become moot was properly and seasonably brought to the atten-
tion of the court by the affidavit of an officer of the Division of Employ-
ment Security.  *Swampscott* v. *Knowlton Arms, Inc.* 272 Mass. 475, 476–
477.  *Hubrite Informal Frocks, Inc.* v. *Kramer,* 297 Mass. 530, 532.
*Orient Realty Co. Inc.* v. *Assad, ante,* 764.

*Order affirmed.*

*Ellsworth T. Johnson* for the petitioner.
*Joseph S. Ayoub,* Assistant Attorney General (*Carmen L. Durso,* As-
sistant Attorney General, & *Frederick A. Harkins* with him), for the
Director of the Division of Employment Security.